IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL SHANE VAULTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EVINCO PROFESSIONAL SERVICES, INC., ) <br> APEX CONTRACTING & MAINTENANCE, ) <br> LLC, and CHARLES B. SMITH and JAMES ) <br> CURTIS MAYNARD, Individually ) <br> ) <br> Defendants. ) | Case No. 3:17-cv-00269-PLR-DCP |

## ORDER APPROVING SETTLEMENT

This matter is before the Court upon the Parties' Joint Motion to Approve FLSA Settlement Agreement. The Court, having reviewed the Motion and Memorandum and Settlement Agreement and Release ("Settlement Agreement"), and being fully advised in the premises, **FINDS** as follows:

1. The agreed-upon terms and conditions of settlement of this dispute arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are a fair and reasonable compromise over issues that were actually in dispute.

2. The settlement of this dispute was achieved as the result of a *bona-fide* dispute on a variety of disputes of law and fact in an adversarial context, through good faith negotiations.

3. The parties have been represented by competent and experienced counsel throughout all negotiations and the Settlement Agreement is made with the consent and advice of counsel who jointly prepared the Agreement.

1

4. The Settlement Agreement is fair and should be approved under the applicable legal standards. It arises from extensive arm's length negotiations between counsel for the parties after sufficient informal discovery and investigation necessary to evaluate all claims.

It is therefore **ORDERED** that the parties' Joint Motion to Approve Settlement Agreement is **GRANTED** in all respects. This case is hereby **DISMISSED** with prejudice, with each party to bear its costs.

**SO ORDERED** this 15 day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

/s/ Kayla L. Towe
Jesse D. Neslon (BPR No. 025602)
Kayla L. Towe (BPR No. 033592)
**NELSON LAW GROUP, PPLC**
10263 Kingston Pike
Knoxville, TN 37922
(865) 383-1053
E-mail: jesse@NLGattorneys.com
Kayla@NLGattorneys.com
*Attorneys for Michael Shane Vaulton*

/s/ William J. Carver
William J. Carver (BPR No. 022718)
Bryce E. Fitzgerald (BPR No. 033289)
**KRAMER RAYSON LLP**
800 S. Gay Street, Suite 2500
Knoxville, TN 37929
Telephone: (865) 525-5134
E-mail: wcarver@kramer-rayson.com
bfitzgerald@kramer-rayson.com

*Attorneys for Defendants Evinco Professional Services, Inc., Apex Contracting & Maintenance, LLC, Charles B. Smith, and James Curtis Maynard*